**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

L. Paul Mankin, IV (SBN 264038)
**Law Offices of L. Paul Mankin, IV**
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866-633-0228

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**FLORENCIO PACLEB, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

Plaintiffs,

v.

**INTEGRAL RESOURCES, INC.,**

Defendant.

**Case No. 2:13-cv-03089-R-AGR**

**JOINT REQUEST TO DISMISS THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE**

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss the individual claims with prejudice and the putative class claims without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted February 19, 2014

By: s/Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff **FLORENCIO PACLEB**

By: s/D. Jay Ritt, Esq. __________
**RITT, TAI, THVEDT & HODGES**
Attorney for Defendant **INTEGRAL RESOURCES, INC.,**

By: s/William E. Raney, Esq. __________
**COPILEVITZ & CANTER, LLC**
Attorney for Defendant **INTEGRAL RESOURCES, INC.,**

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Polices and Procedures Manual, I hereby certify that the content of this document is acceptable to Paul Mankin , IV, Esq., counsel for Plaintiff, D. Jay Ritt, Esq., and William Raney, Esq. counsels for Defendant, INTEGRAL RESOURCES, INC. and that I have both obtained Mr. Mankin, Mr. Ritt, and Mr. Raney's authorization to affix their electronic signature to this document.

Dated: February 19, 2014

Respectfully submitted,

Law Offices of Todd M. Friedman, P.C.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff

Filed electronically on this February 19, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Manuel L. Real
United States District Court
Central District of California

**D Jay Ritt**
ritt@brttlaw.com

**Joshua B Swigart**
josh@westcoastlitigation.com

**Lee Paul Mankin , IV**
pmankin@paulmankin.com

**Matthew M Loker**
ml@kazlg.com

**Seyed Abbas Kazerounian**
ak@kazlg.com

**William E. Raney, Esq**.
braney@cckc-law.com

February 19, 2014

s/Todd M. Friedman
Todd M. Friedman